UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RENO WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. CENTER FOR SAFESPORT,<br><br>    Defendant. | Case No. 24-cv-08028-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On November 15, 2024, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court refers this case to the Honorable James Donato to determine whether it is related to *White v. U.S. Center for SafeSport*, 22-cv-04468-JD.

**IT IS SO ORDERED.**

Dated: November 26, 2024

Donna M. Ryu
Chief Magistrate Judge